UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>HV GLOBAL MANAGEMENT CORPORATION, et al.,<br><br>Defendants. | Case No. 21-cv-09955-BLF  (VKD)<br><br>**ORDER RE MARCH 15, 2023 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 72 |

The parties ask the Court to resolve their dispute concerning whether plaintiff Nelson Ramirez may obtain any discovery from defendant HV Global Management Group while defendant's motion to dismiss plaintiff's third amended complaint is pending. Dkt. No. 72. The Court held a hearing on the motion on April 4, 2023.

Defendant successfully moved to dismiss plaintiff's second amended complaint. *See* Dkt. No. 59. The presiding judge gave plaintiff leave to amend, and plaintiff filed his third amended complaint on February 2, 2023. Dkt. No. 64. The third amended complaint asserts claims on behalf of Mr. Ramirez and a putative class of current and former hourly-paid or non-exempt employees who worked for defendants in California during the period from November 3, 2017 to the present. *Id.* ¶ 11. On February 16, 2023, defendant filed a motion to dismiss the third amended complaint. Dkt. No. 65. The motion is noticed for hearing on June 22, 2023. *Id.* Defendant refused to provide class-related discovery before the pleadings are settled.

On February 28, 2023, in response to plaintiff's motion to continue class certification deadlines, the presiding judge entered an order which observed that "[b]oth sides bear responsibility for discovery delays," and extended plaintiff's deadline to file a motion for class

certification from April 7, 2023 to August 18, 2023.  Dkt. No. 69.

In these circumstances, the Court concludes that the parties must conduct discovery directed to class certification issues so that plaintiff is in a position to comply with his August 18, 2023 deadline to file a motion for class certification.  The presiding judge has not stayed discovery pending resolution of defendant's motion to dismiss, and has chided both parties for discovery delays.  Accordingly, the Court orders as follows:

1. In advance of the presiding judge's decision on defendant's motion to dismiss, the parties shall conduct discovery directed to class certification issues.  To that end, the parties shall confer no later than **April 18, 2023** about the discovery necessary to permit briefing on class certification in compliance with the schedule set by the presiding judge in Dkt. No. 69.

2. The parties shall file a proposed protective order, or their competing proposals for a protective order, no later than **April 11, 2018.**

3. The parties may defer deposition discovery related to class certification issues until after the presiding judge decides the pending motion to dismiss, but those depositions shall be conducted **no later than July 14, 2023**, unless the parties agree otherwise.

**IT IS SO ORDERED.**

Dated: April 4, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge

2