Edwin Aiwazian (Cal. State Bar No. 232943)
  *edwin@calljustice.com*
Tara Zabehi (Cal. State Bar No. 314706)
  *tara@calljustice.com*
Brittany Shaw (Cal. State Bar No. 331773)
  *brittany@calljustice.com*
Margaux Gundzik (Cal. State Bar No. 340116)
  *m.gundzik@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:     (818) 265-1020
Facsimile:     (818) 265-1021

*Attorneys for* Plaintiff NELSON RAMIREZ

[*additional counsel on following page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELSON RAMIREZ, individually and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HV GLOBAL MANAGEMENT CORPORATION, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-09955-BLF<br><br>Honorable Beth Labson Freeman<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: November 3, 2021<br>FAC Filed:        February 22, 2022<br>SAC Filed:        August 4, 2022<br>TAC Filed:        February 2, 2023<br>Trial Date:        September 30, 2024 |

1  Kenneth D. Sulzer (SBN 120253)
         *ksulzer@constangy.com*
2  Cameron P. Haynes (SBN 316944)
         *chaynes@constangy.com*
3  **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
4  2029 Century Park East, Suite 1100
   Los Angeles, California 90067
5  Telephone: 310.909.7775
6  Facsimile: 424.465.6630

7  Barbara I. Antonucci (SBN 209039)
         *bantonucci@constangy.com*
8  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
   601 Montgomery Street, Suite 350
9  San Francisco, CA  94111
   Telephone:  (415) 918-3000
10 Facsimile:   (415) 918-3034

11 Attorneys for Defendant
   HV GLOBAL MANAGEMENT CORPORATION
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiff Nelson Ramirez ("Plaintiff") and Defendant HV Global Management Corporation ("Defendant"), by and through their undersigned counsel of record, in the above-captioned action, have reached a tentative settlement, which, if approved by the Court, will resolve the above-captioned action in its entirety.

   Accordingly, the Parties respectfully request that the Court vacate all dates and deadlines currently on calendar in this matter.

                              Respectfully submitted,

Dated: December 5, 2023       **LAWYERS *for* JUSTICE, PC**


                      BY:     /s/ Margaux Gundzik
                              
                              Margaux Gundzik
                              *Attorneys for* Plaintiff Nelson Ramirez

Dated: December 5, 2023       **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**


                      BY:     [signature]
                              Kenneth D. Sulzer
                              Cameron Haynes
                              Barbara Antonucci
                              *Attorneys for* HV Global Management Corporation