Edwin Aiwazian (Cal. State Bar No. 232943)
 *edwin@ calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
 *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
 *joanna@calljustice.com*
Selena Matavosian (Cal. State Bar No. 348044)
 *selena@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff NELSON RAMIREZ

[*Additional counsel listed on following page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELSON RAMIREZ, individually and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HV GLOBAL MANAGEMENT CORPORATION, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No .: 5:21-cv-09955-BLF<br><br>Honorable Beth Labson Freeman<br><br>**CLASS ACTION**<br><br>**JOINT STATUS UPDATE**<br><br>Complaint Filed: November 3, 2021<br>FAC Filed:       February 22, 2022<br>SAC Filed:       August 4, 2022<br>TAC Filed:       February 2, 2023<br>Trial Date:      None Set |

Kenneth D. Sulzer (SBN 120253)
  *ksulzer@constangy.com*
Cameron P. Haynes (SBN 316944)
  *chaynes@constangy.com*
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: 310.909.7775
Facsimile: 424.465.6630

Barbara I. Antonucci (SBN 209039)
  *bantonucci@constangy.com*
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA  94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3034

*Attorneys for* Defendant HV GLOBAL MANAGEMENT CORPORATION

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Nelson Ramirez ("Plaintiff") and Defendant HV Global Management Corporation ("Defendant") (Defendant, together with Plaintiff, the "Parties") hereby submit the following Joint Status Update:

On November 3, 2021, Plaintiff filed a wage and hour putative class action entitled *Nelson Ramirez vs. HV Global Management Corporation, et al.*, in the Superior Court of the State of California, County of Monterey, Case No. 21CV003513.

On December 22, 2021, Defendant removed the case to this Court (Doc. No. 1).

On February 7, 2022, Plaintiff filed a First Amended Class Action Complaint for Damages (Doc. No. 17).

On August 4, 2022, Plaintiff filed a Second Amended Class Action Complaint for Damages (Doc. No. 45).

On February 2, 2023, Plaintiff filed a Third Amended Class Action Complaint for Damages (Doc. No. 64) ("Third Amended Complaint").

On July 20, 2023, Defendant filed its Answer to the Third Amended Complaint (Doc. No. 112).

The case was mediated before Deborah Crandall Saxe, Esq. on October 12, 2023, and the Parties reached a global class-wide settlement that, if approved by the Court, will resolve the action in its entirety (the "Settlement").

On December 5, 2023, the Parties filed a Joint Notice of Settlement (Doc. No. 147).

On December 6, 2023, this Court entered an Order Vacating Deadlines and Hearings and Requiring Motion for Preliminary Approval of Class Action Settlement (Doc. No. 148), which vacated all remaining dates and deadlines and ordered Plaintiff to file a Motion for Preliminary Approval of Class Action Settlement or a status update no later than February 9, 2024.

The Parties continue to diligently work together on all settlement-related matters, including finalizing terms of the long-form settlement agreement and the forthcoming Fourth Amended Complaint. Nonetheless, the Parties believe a small amount of additional time would be beneficial to facilitate full and final settlement, for several reasons.

Specifically, the Parties have agreed to stipulate to the filing of an amended complaint to implement the Settlement, which will operate to add a claim under the Private Attorneys General Act, California Labor Code § 2698, et. Seq. ("PAGA"), after the prerequisites for providing notice to the labor agency and the labor agency's opportunity to respond have been completed pursuant to California Labor Code section 2699.3(a)(1) and 2699.3(a)(2). As a result, the Parties require additional time for the completion of the procedures required by California Labor Code section 2699.3, to finalize the settlement agreement, to prepare the contemplated amended complaint, and for Plaintiff to prepare a motion seeking preliminary approval of the Settlement.

Plaintiff anticipates that a motion for preliminary approval will be filed within approximately thirty (30) calendar days. Defendant's preference is for the motion for Preliminary Approval and all supporting documents to be filed within twenty-one (21) calendar days, as it believes such a timeframe allows the Parties' a sufficient window to finalize all settlement matters.

The Parties anticipate filing a Fourth Amended Class Action Complaint for Damages and Enforcement Under the Private Attorneys General Act, Cal. Labor Code § 2698, Et Seq. after the Court has entered an order granting Plaintiff leave to do so.

///
///
///
///
///

Date: February 9, 2024  **LAWYERS for JUSTICE, PC**

By: _____*Selena*_____

    Joanna Ghosh
    Selena Matavosian
    *Attorneys for* Plaintiff Nelson Ramirez

Date: February 9, 2024  **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By: ___*/s/ Cameron Haynes*_____

    Kenneth D. Sulzer
    Cameron Haynes
    Barbara Antonucci
    *Attorneys for* Defendant
    HV Global Management Corporation