**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NELSON RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HV GLOBAL MANAGEMENT CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-09955-BLF<br><br>**ORDER REGARDING STATUS UPDATE AND GRANTING LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

The parties have filed a status update stating that they require additional time to finalize the terms of a long-form settlement agreement and have stipulated to the filing of a Fourth Amended Complaint. ECF No. 149. The Court ORDERS that Plaintiff file a motion for preliminary approval of settlement or further status update no later than March 11, 2024. The Court further GRANTS leave to file a Fourth Amended Class Action Complaint. Plaintiff SHALL file the Fourth Amended Complaint no later than February 19, 2024.

**IT IS SO ORDERED.**

Dated: February 12, 2024

_____
BETH LABSON FREEMAN
United States District Judge