**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NELSON RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>HV GLOBAL MANAGEMENT CORPORATION, et al.,<br><br>  Defendants. | Case No. 21-cv-09955-BLF<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT FOR FAILURE TO COMPLY WITH STANDING ORDERS**<br><br>[Re: ECF No. 159] |

Plaintiff has submitted a motion for preliminary approval of class action and PAGA settlement that fails to comply with this Court's Local Rules and standing orders because it exceeds the allowed page limit and contains single-spaced footnotes with citations to evidence or case law. *See* Civ. L.R. 7-2(b); Standing Order re Civil Cases § IV.F. The motion for preliminary approval is hereby STRICKEN. Plaintiff SHALL refile a compliant document no later than May 9, 2024.

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
BETH LABSON FREEMAN
United States District Judge