KENNETH D. SULZER (SBN 120253)
ksulzer@constangy.com
STEVEN B. KATZ (SBN 139078)
skatz@constangy.com
KELSEY E. LINK (SBN 326869)
klink@constangy.com
DAVID A. CRANE (SBN 305999)
dcrane@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Tel: (310) 909-7775 | Fax: (424) 465-6630

BARBARA I. ANTONUCCI (SBN 209039)
bantonucci@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 918-3000

Attorneys for Defendant
HV GLOBAL MANAGEMENT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NELSON RAMIREZ, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HV GLOBAL MANAGEMENT CORPORATION, an unknown business entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-09955-BLF<br><br>[Honorable Beth L. Freeman, Courtroom 3]<br><br>**DEFENDANT HV GLOBAL MANAGEMENT CORPORATION'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND PAGA SETTLEMENT**<br><br>Date:          September 26, 2024<br>Time:         9:00 a.m.<br><br>Complaint Filed:   November 3, 2021<br>FAC Filed:          February 22, 2022<br>SAC Filed:          August 4, 2022<br>TAC Filed:          February 2, 2023<br>FAC Filed:          February 17, 2024<br>Trial Date:          Vacated |

1

1  Defendant HV Global Management Corporation ("Defendant") hereby notifies this
2  Court that it does not oppose Plaintiff's Motion for Preliminary Approval of Class Action
3  and PAGA Settlement filed on May 9, 2024 (ECF 159) as presented to this Court, but
4  expressly reserves the right to respond to issues and questions that may arise at the hearing
5  on this matter.

6  Dated: May 21, 2024                **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

8  By: /s/ Kenneth D. Sulzer
9      Kenneth D. Sulzer
       Barbara I. Antonucci
10     Steven B. Katz
       David A. Crane
11     Kelsey E. Link
12     Attorneys for Defendant
       HV GLOBAL MANAGEMENT
13     CORPORATION